**EXHIBIT "A"**

MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax:          (650) 599-9785

Attorney for Plaintiff
BRADLEY G. DREHER

FILED
NOV 3 0 2006
KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: J. Naue, Deputy

SUPERIOR COURT OF CALIFORNIA
COUNTY OF MARIN

BRADLEY G. DREHER,

    Plaintiff,

vs.

JILL BROWN, DR. WILSON, SUE MORRIS, GARY T. STANTON, and DOES 1 to 50,

    Defendants.

Case No. CV 065188

**COMPLAINT FOR FEDERAL CIVIL RIGHTS VIOLATIONS AND DISABILITY DISCRIMINATION**

Plaintiff alleges:

## GENERAL FACT ALLEGATIONS

1. At all times herein involved, Plaintiff was a parolee under the jurisdiction of the State Department of Corrections and Rehabilitation ("DEPARTMENT"), and was incarcerated for alleged parole violations from approximately June 9, 2004 to November 30, 2004. Plaintiff was thus incarcerated in the Solano County Jail from approximately June 9, 2004 to July 31, 2004, and then in or under the control of San Quentin State Prison from approximately August 1, 2004 to November 5, 2004, and again in the Solano County Jail from approximately November 6, 2004 to November 30, 2004.

Law Offices Of
MICHAEL E. ADAMS
605 MIDDLEFIELD ROAD
REDWOOD CITY CA 94063
(650) 364-3346

1

Complaint for Federal Civil Rights Violations and Disability Discrimination
10217076.tif - 11/30/2006 3:31:16 PM

2. Except insofar as alleged hereinbelow, the true names, capacities, and/or facts showing the liability of Defendants Does 1 to 50 are unknown, and said Defendants are for this reason fictitiously named. At such time as the true names, capacities, and/or facts are ascertained, this complaint will be amended to so show.

3. At all times herein involved, Defendant Jill Moore was the warden of the San Quentin State Prison, and she and Does 1 to 10 were administratively in charge of the San Quentin State Prison. Said Defendants are being sued herein in their individual capacity.

4. At all times herein involved, Defendant Dr. Wilson and Does 11 to 20 were members of the medical staff at San Quentin State Prison. Said Defendants are being sued herein in their individual capacities.

5. At all times herein involved, Defendant Sue Morris was a parole officer employed by the DEPARTMENT, and Does 21 to 30 were officials employed by the DEPARTMENT. Said Defendants are being sued herein in their individual capacities.

6. At all times herein involved, Defendant Gary T. Stanton was the Sheriff of Solano County, and he and Does 31 to 40 were administratively in charge of the jail facility in Solano County.

7. At all times herein involved, Defendants Does 41 to 50 were members of the medical staff for inmates of the jail facility in Solano County.

8. Shortly before his above-alleged incarceration for alleged parole violations, Plaintiff learned that he was HIV-positive, and was seeking treatment for this condition. Plaintiff had not yet commenced treatment when he was incarcerated.

9. While Plaintiff was incarcerated at the Solano County Jail from approximately June 9, 2004 to July 31, 2004, Defendants Does 41 to 50 were aware that Plaintiff was HIV-positive, but failed and refused to provide him with any treatment for that condition. Said failure was the result of the policies, customs, and/or practices of Defendants Gary T. Stanton, Defendant Sue Morris, and Defendants 21 to 40.

10. During Plaintiff's incarceration at San Quentin State Prison from approximately August 1, 2004 to mid-September, 2004, Defendant Dr. Wilson and Does

LAW OFFICES OF
MICHAEL E. ADAMS
605 MIDDLEFIELD ROAD
REDWOOD CITY CA 94063
(650) 364-3346

2

Complaint for Federal Civil Rights Violations and Disability Discrimination

1 to 10 were aware that Plaintiff was HIV-positive, but failed and refused to provide him with any treatment for that condition. Said failure was the result of the policies, customs, and/or practices of Defendants Jill Brown and Does 1 to 30.

11. As the result of Defendants' failures and refusals to treat Plaintiff's HIV-positive condition, Plaintiff became physically weakened and contracted other illnesses, including spinal meningitis, for which he had to be hospitalized at Novato Community Hospital for approximately 17 days from mid-September to early October, 2004.

12. Upon Plaintiff's return to San Quentin State Prison in early October, Defendants 6 to 20 housed him in the same cell as an inmate infected with tuberculosis, and failed and refused to transfer Plaintiff therefrom when he learned of his cellmate's tuberculosis and requested transfer. in consequence Plaintiff contracted tuberculosis. Said conduct of Defendants 6 to 20 was the result of the policies, customs, and/or practices of Defendants Jill Brown and Does 1 to 5.

13. Plaintiff did not receive a Morrissey hearing on his alleged parole violations until early November, 2004, at which time he was wholly or substantially exonerated from the allegations, and the decision was accordingly made to release him from custody.

14. Defendants Jill Moore, Sue Morris, Does 1 to 10, and Does 21 to 30 then needlessly and improperly delayed Plaintiff's release from custody by approximately three weeks to November 30, 2004, and/or promulgated or caused the policies, customs, and/or practices that resulted in said delay.

**FIRST CAUSE OF ACTION**

**(Federal Civil Rights Act)**

12. Plaintiff herein realleges Paragraphs 1 to 14 of this Complaint, and each and every allegation thereof, as though fully set forth herein.

13. By acting and failing to act as hereinabove alleged, Defendants were deliberately indifferent to Plaintiff's medical needs, and thereby violated 42 U.S.C. §1983 by infringing his rights not to be subjected to cruel and unusual punishment, and to due

LAW OFFICES OF
MICHAEL E. ADAMS
05 MIDDLEFIELD ROAD
EDWOOD CITY CA 94063
(650) 364-3346

3

Complaint for Federal Civil Rights Violations and Disability Discrimination

1  process, as protected by the Eighth and Fourteenth Amendments of the United States
2  Constitution.
3      14. As the proximate result thereof, Plaintiff has suffered general and special
4  damages in a sum to be established according to proof.
5      15. Defendants' actions were malicious and oppressive, thereby entitling Plaintiff
6  to an award of punitive damages.
7      16. Pursuant to 42 U.S.C. §1988, Plaintiff is entitled to his reasonable attorney's
8  fees herein.
9
10                     **SECOND CAUSE OF ACTION**
11                     **(Americans with Disabilities Act)**
12     17. Plaintiff herein realleges Paragraphs 1 to 14 of this Complaint, and each and
13 every allegation thereof, as though fully set forth herein.
14     18. By acting and failing to act as hereinabove alleged, Defendants violated 42
15 U.S.C. §12181, et. seq. in that they denied Plaintiff equal usage of the Jail facilities by
16 failing and refusing to accommodate his disability, namely his HIV-positive condition,
17 and thereby discriminated against Plaintiff on the basis of his disability.
18     19. As the proximate result thereof, Plaintiff has suffered general and special
19 damages in a sum to be established according to proof.
20     20. Defendants' actions were malicious and oppressive, thereby entitling Plaintiff
21 to an award of punitive damages.
22     21. Pursuant to 42 U.S.C. §12181, et. seq., Plaintiff is entitled to his reasonable
23 attorney's fees herein.
24
25                     **THIRD CAUSE OF ACTION**
26                     **(Federal Civil Rights Act)**
27     20. Plaintiff herein realleges Paragraphs 1 to 14 of this Complaint, and each and
28 every allegation thereof, as though fully set forth herein.

LAW OFFICES OF
MICHAEL E. ADAMS
605 MIDDLEFIELD ROAD
REDWOOD CITY CA 94063
(650) 364-3346

4

Complaint for Federal Civil Rights Violations and Disability Discrimination

21. Defendants unreasonably, neededlessly, and improperly delayed the Morrissey hearing provided to Plaintiff, thereby violating 42 U.S.C. §1983 by infringing his right to due process under the Fourteenth Amendment of the U.S. Constitution.

22. As the proximate result thereof, Plaintiff's incarceration was unnecessarily prolonged, and Plaintiff consequently suffered general and special damages in a sum to be established according to proof.

23. Defendants' actions were malicious and oppressive, thereby entitling Plaintiff to an award of punitive damages.

24. Pursuant to 42 U.S.C. §1988, Plaintiff is entitled to his reasonable attorney's fees herein.

WHEREFORE, Plaintiff prays for relief as follows:

1. For general, special, and punitive damages according to proof.

2. For reasonable attorney's fees and costs of suit.

3. For such other and further relief as the court deems proper.

DATED: November 30, 2006

MICHAEL E. ADAMS
Attorney for Plaintiff
BRADLEY G. DREHER

LAW OFFICES OF
MICHAEL E. ADAMS
605 MIDDLEFIELD ROAD
REDWOOD CITY CA 94063
(650) 364-3346

5

Complaint for Federal Civil Rights Violations and Disability Discrimination

**EXHIBIT "B"**

| | SUM-100 |
|---|---|
| **SUMMONS** *(CITACION JUDICIAL)* | FOR COURT USE ONLY |
| **NOTICE TO DEFENDANT:** *(AVISO AL DEMANDADO):* JILL BROWN, DR. WILSON, SUE MORRIS, GARY T. STANTON, and DOES 1 to 50 |  FILED NOV 3 0 2006 KIM TURNER Court Executive Officer MARIN COUNTY SUPERIOR COURT By: J. Naue, Deputy |
| **YOU ARE BEING SUED BY PLAINTIFF:** *(LO ESTA DEMANDANDO EL DEMANDANTE):* BRADLEY G. DREHER | |

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* CV 065188 |
|---|---|
| SUPERIOR COURT OF CALIFORNIA COUNTY OF MARIN 3501 Civic Center Dr.    San Rafael, CA 94913-4988 | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

MICHAEL E. ADAMS           LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300    Redwood City, CA 94063
(650) 599-9463

DATE: NOV 3 0 2006    Clerk by KIM TURNER    J NAUE , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*



**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☒ by personal delivery on *(date)*: 01/05/07  2:40 PM

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Martin Dean's Essential Forms™

**SUMMONS**    Code of Civil Procedure §§ 412.20, 465