**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| BRADLEY G. DREHER, | No. C 07-00731 SBA |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JILL BROWN, DR. WILSON, SUE MORRIS, GARY T. STANTON, and DOES 1 to 50, | |
| Defendants. | |

Defendant Gilbert Wilson, M.D., failed to participate in the Case Management Conference, scheduled for July 26, 2007, at 3:15 P.M.

Accordingly, it is ORDERED that:

(1) Wilson and/or Wilson's counsel of record shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **September 19, 2007, at 4:15 P.M.**, to show cause why default should not be entered against Gilbert Wilson, M.D., for failure to appear at the case management conference.

(2) At least ten days prior to the above hearing, Wilson or Wilson's counsel of record must file a Certificate of Counsel with the Clerk of the Court, to explain why the why default should not be entered for failure to appear at the case management conference. The Certificate shall set forth the nature of the case, its present status, and any basis for opposition to default by any party.

(3) Please take notice that this Order requires both the specified court appearance and the filing of the Certificate of Counsel. Failure to fully comply with this order will be deemed sufficient grounds for entry of default.

1
2     IT IS SO ORDERED.

3  Date:  7/30/07                              _____
                                               Saundra Brown Armstrong
4                                              United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                        2