**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew R. Wilson, CSB #236309

Attorneys for defendant GARY STANTON

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY G. DREHER, <br><br> Plaintiff, <br><br> v. <br><br> JILL BROWN, DR. WILSON, SUE MORRIS, GARY T. STANTON, and DOES 1 to 50, <br><br> Defendants | CASE NO: C-07-00731 SBA <br><br> **ORDER GRANTING DEFENDANT GARY STANTON'S REQUEST** |

Good cause appearing, GARY STANTON'S request that he not be required to appear at the ENE scheduled for March 20, 2008 is hereby granted. Defendant STANTON is hereby ordered to be available by telephone during the duration of the conference.

IT IS SO ORDERED.

Dated: 2/15/08

Magistrate Wayne D. Brazil
USDC, Northern District
Of California