IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| BRADLEY G. DREHER, | C 07- 00731 SBA |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT JILL BROWN'S REQUEST |
| v. | |
| JILL BROWN, et al., | |
| Defendants. | |

Defendant Jill Brown has requested to be excused from attending the ENE session scheduled for March 20, 2008. Good cause appearing, Defendant's request is GRANTED. Defendant Brown is ordered to be available by telephone during the duration of the conference.

IT IS SO ORDERED.

Dated: 2/21/08

_____
MAGISTRATE JUDGE WAYNE D. BRAZIL
USDC, Northern District of California

[Proposed] Order Granting Def. Brown's Request Under A.D.R. L.R. 5-10(d)    *Dreher v. Brown, et al.*
                                                                             Case No. C 07- 00731 SBA

1