**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendant GARY STANTON

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY G. DREHER,<br><br>             Plaintiff,<br><br>v.<br><br>JILL BROWN, DR. WILSON, SUE MORRIS, GARY T. STANTON, and DOES 1 to 50,<br><br>             Defendants | CASE NO: C-07-00731 SBA<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT GARY STANTON** |

///

///

///

THE PARTIES, THROUGH THEIR ATTORNEYS OF RECORD, hereby stipulate to the dismissal of defendant GARY STANTON, each side to bear its own costs and attorneys fees.

Dated: 3/12/08         LAW OFFICES OF MICHAEL ADAMS

By: /s/ *"Michael Adams"* (original signature retained by counsel)
    MICHAEL ADAMS, attorneys for
    plaintiff BRADLEY G. DREHER

Dated: 3/10/08         ATTORNEY GENERAL, STATE OF CALIFORNIA

By: /s/ *"Christopher Young"* (original signature retained by counsel)
    CHRISTOPHER YOUNG, attorneys for
    defendant JILL BROWN

Dated: 3/3/08          LAW OFFICES OF NANCY HUDGINS

By: /s/ *"Matthew Grigg"* (original signature retained by counsel)
    MATTHEW GRIGG, attorneys for
    defendant DR. WILSON

Dated: 3/12/08         WILLIAMS & ASSOCIATES

By: /s/ *Kathleen J. Williams*
    KATHLEEN J. WILLIAMS,
    attorneys for defendant GARY STANTON

**IT IS SO ORDERED**

Dated: 3/18/08
                       _Saundra B Armstrong_
                       Judge, USDC, Northern District
                       of California