EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CHRISTOPHER M. YOUNG, State Bar No. 238532
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5553
 Fax:  (415) 703-5843
 Email:  Chris.Young@doj.ca.gov

Attorneys for Defendants Jill L. Brown and Susan
Morris

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRADLEY G. DREHER,**<br><br>                                   Plaintiff,<br><br>         **v.**<br><br>**JILL BROWN, DR. WILSON, SUE MORRIS,<br>GARY T. STANTON, and Does 1 to 50,**<br><br>                                   Defendants. | CASE NO. C 07- 00731 SBA<br><br>**STIPULATION FOR<br>DISMISSAL OF DEFENDANT<br>SUSAN MORRIS WITH<br>PREJUDICE** |

///

///

///

1     THE PARTIES, THROUGH THEIR ATTORNEYS OF RECORD, stipulate to the

2  dismissal of Defendant Susan Morris with prejudice, each side to bear its own costs and

3  attorneys' fees.

4

5  Dated: 4/9/08                    LAW OFFICES OF MICHAEL ADAMS

6

7                                   By:  /s/ "Michael Adams" (original signature retained by counsel)
                                       MICHAEL ADAMS, Attorneys for Plaintiff
8                                      Bradley Dreher

9

10  Dated: 3/29/07                   LAW OFFICES OF NANCY HUDGINS

11

12                                  By:  /s/ "Matthew Grigg" (original signature retained by counsel)
                                       for NANCY HUDGINS, Attorneys for Defendant
13                                     Dr. G. Wilson

14

15  Dated: 4/10/08                   ATTORNEY GENERAL, STATE OF CALIFORNIA

16

17                                  By:  /s/ Christopher M. Young
                                       CHRISTOPHER YOUNG, Attorneys for
18                                     Defendants Jill Brown and Susan Morris

19

20

21  **IT IS SO ORDERED**

22  Dated: 4/22/08                   _Saundra B Armstrong_
                                     SAUNDRA B. ARMSTRONG
23                                   United States District Judge

24

25

26

27

28

Stipulation for Dismissal of Morris With Prejudice                    *Dreher v. Brown, et al.*
                                                                      Case No. C 07- 00731 SBA