1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  CHRISTOPHER M. YOUNG, State Bar No. 238532
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5553
    Fax: (415) 703-5843
8   Email: Chris.Young@doj.ca.gov

9  Attorneys for Defendants Jill L. Brown

10 MICHAEL E. ADAMS, State Bar No. 47278
   LAW OFFICES OF MICHAEL E. ADAMS
11 702 Marshall Street, Suite 300
   Redwood City, CA 94063
12 Telephone: (650) 599-9463
   Fax:          (650) 599-9785
13
   Attorney for Plaintiff Bradley B. Dreher

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRADLEY G. DREHER,<br><br>                     Plaintiff,<br><br>   v.<br><br>JILL BROWN, et al.,<br><br>                    Defendants. | C 07- 00731 SBA<br><br>**STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS** |

THE PARTIES, THROUGH THEIR ATTORNEYS OF RECORD, stipulate to the dismissal of certain claims asserted herein by Plaintiff against Defendant Jill Brown and Does 1 to 50 with prejudice:

(1) Plaintiff dismisses the claims against Defendant Jill Brown asserted under the First

Cause of Action and the Second Cause of Action. Specifically, Plaintiff dismisses any and all claims asserted against Defendant Brown under the Eighth Amendment of the U.S. Constitution that she was deliberately indifferent to Plaintiff's medical needs, and further dismisses any and all claims asserted against Defendant Brown under the Americans with Disabilities Act, including that she denied Plaintiff equal usage of the prison facilities by failing to accommodate his disability, namely his HIV-positive condition.

(2) Plaintiff partially dismisses the claims against Defendant Brown under the Third Cause of Action, namely insofar as it is therein alleged Defendant Brown unreasonably, needlessly, and improperly delayed the Plaintiff's Morrissey hearing in violation of the Fourteenth Amendment of the U.S. Constitution.

THE PARTIES, THROUGH THEIR ATTORNEYS OF RECORD, stipulate that the sole remaining claims asserted against Defendant Jill Brown in her individual capacity are as follows:

(A) Plaintiff alleges that Defendant Jill Brown needlessly and improperly delayed Plaintiff's release from custody for approximately three weeks, from November 8, 2004 until November 30, 2004, and/or promulgated or caused the policies, customs, and/or practices that resulted in said delay. Plaintiff alleges that this delay violated 42 U.S.C. § 1983 by infringing Plaintiff's right to due process under the Fourteenth Amendment of the U.S. Constitution, and Plaintiff's right not to be subjected to cruel and unusual punishment under the Eighth Amendment of the U.S. Constitution. Plaintiff further alleges that he consequently suffered general and special damages in a sum to be established according to proof. Plaintiff further alleges that Defendant Brown's actions were malicious and oppressive, thereby entitling Plaintiff to an award of punitive damages. Plaintiff further alleges that pursuant to 42 U.S.C. § 1988, Plaintiff is entitled to reasonable attorney's fees herein.

Dated: May 19, 2008          LAW OFFICES OF MICHAEL ADAMS

                             /s/ Michael E. Adams
                         By:_____
                             MICHAEL ADAMS, Attorney for Plaintiff
                             Bradley Dreher

Stipulation for Dismissal of Certain Claims                 *Dreher v. Brown, et al.*
                                                            Case No. C 07- 00731 SBA

2

| | | |
|---|---|---|
| 1 | Dated: May 20, 2008 | LAW OFFICES OF NANCY HUDGINS |
| 2 | | |
| 3 | | By: /s/ Matthew Grigg |
| 4 | | MATTHEW GRIGG, Attorneys for Defendant Dr. G. Wilson |
| 5 | | |
| 6 | Dated: May 20, 2008 | ATTORNEY GENERAL, STATE OF CALIFORNIA |
| 7 | | By: /s/ Christopher Young |
| 8 | | CHRISTOPHER YOUNG, Attorneys for Defendant J. Brown |

**IT IS SO ORDERED**

Dated: 5/27/08

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge

---

Stipulation for Dismissal of Certain Claims

*Dreher v. Brown, et al.*
Case No. C 07-00731 SBA

3