THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY G. DREHER, | Case No. 07-00731 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| JILL BROWN, DR. WILSON, SUE MORRIS, GARY T. STANTON, and DOES 1 to 50, | |
| Defendants. | |

Having been advised that the parties in this matter have reached a settlement, the Court finds that a conditional dismissal is appropriate. Accordingly, it is ORDERED that this action is DISMISSED. In the event that the settlement is not fully executed, any party may move to reopen the case, provided that such motion is filed within 14 days of the date this order is entered. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: 6/23/08

SAUNDRA BROWN ARMSTRONG
United States District Judge